IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TROY BRIAN HANCOCK, JR.,

    Plaintiff,

v.

SGT J. SCOTT; and OFFICER G. TAPPENDEM,

    Defendants.

CIVIL ACTION NO.: 4:20-cv-239

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's April 12, 2021, Report and Recommendation, (doc. 5), to which plaintiff has not filed an objection. Plaintiff has failed to comply with the Court's rules and to keep the Court apprised of his mailing address. He has also failed to comply with the Court Order to remit the required filing fee. (Doc. 2.) Therefore, the Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, plaintiff's Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 29th day of June, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA